JAP:AHT

**M-10-967**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

. - against -

CONSTANCE SSEBULIME,

        Defendant.

- - - - - - - - - - - - - - - - -X

PRE-ARRAIGNMENT
C O M P L A I N T
(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

        JOHN GAUDIOSO, being duly sworn, deposes and states that he is a Special Agent with Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

        Upon information and belief, on or about August 23, 2010, within the Eastern District of New York and elsewhere, defendant CONSTANCE SSEBULIME did knowingly, intentionally and unlawfully import into the United States from a place outside thereof heroin, a Schedule I controlled substance.

        (Title 21, United States Code, Sections 952(a) and 960).

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1]     Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.    At approximately 11:30 a.m. on August 23, 2010, defendant CONSTANCE SSEBULIME arrived at John F. Kennedy International Airport in Queens, New York, aboard Emirates Airlines Flight No. 203 from Dubai, United Arab Emirates.

2.    During an examination, the Customs and Border Protection Inspector noticed that the defendant appeared unusually nervous. The CBP Inspector then conducted a pat-down search of the defendant's body with negative results.

3.    The defendant was presented with an x-ray consent form, which he read, appeared to understand, and signed. The defendant was transported to the JFK Medical Facility where an x-ray was taken of defendant's intestinal tract. The x-ray was positive for foreign bodies.

4.    On August 23, 2010, while the defendant was at the JFK Medical Facility, the defendant passed six pellets, one of which field-tested positive for the presence of heroin.

5.    Defendant will be detained at the JFK Medical Facility until such time as he has passed all the pellets contained within his intestinal tract.

3

WHEREFORE, your deponent respectfully requests that

defendant CONSTANCE SSEBULIME be dealt with according to law.

JOHN GAUDIOSO
Special Agent
Immigration and Customs
Enforcement

Sworn to before me this
23rd day of August, 2010

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK